01/11/2013 13:45 FAX ☒001

Case 1:19-cv-03539-PKC Document 7 Filed 04/29/19 Page 1 of 1
Case 1:19-cv-03539-PKC Document 5 Filed 04/29/19 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19cv3539

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **APPLE, INC**
was received by me on *(date)* **4-24-19**

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **ALBERT DAMONTE, AGENT FOR SERVICE**, who is
designated by law to accept service of process on behalf of *(name of organization)* **APPLE, INC**
**BY SERVING REGISTERED AGENTS** on *(date)* **4-25-19 @ 2PM** or
**CT CORP ✓ 818 7TH ST #930, LA CA 90017**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **65.00**

I declare under penalty of perjury that this information is true.

Date: **4-27-19**

*Server's signature*

**RICHARD HORNER, RPS #7427**
*Printed name and title*

**LEGAL RESOURCE SERVICES**
**8117 W. Manchester Ave #100**
**Playa del Rey, CA 90293**
*Server's address*

Additional information regarding attempted service, etc: