AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19cv3539

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Security Industry Specialists, Inc
was received by me on *(date)* 4-24-19

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* John Carl Spesak, CEO , who is
designated by law to accept service of process on behalf of *(name of organization)* CORPORATE EXECUTIVE OF
Security Industry Specialists, Inc on *(date)* 4-26-19 @ 11AM ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $           for travel and $           for services, for a total of $ 65.00

I declare under penalty of perjury that this information is true.

Date: 4-27-19

*Server's signature*

RICHARD HORNER, RPS #7247
*Printed name and title*

LEGAL RESOURCE SERVICES
8117 W. Manchester Ave #100
Playa del Rey, CA 90293
*Server's address*

Additional information regarding attempted service, etc: