UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OUSMANE BAH,<br><br>                                Plaintiff,<br><br>            v.<br><br>APPLE INC. and SECURITY INDUSTRY SPECIALISTS, INC.,<br><br>                                Defendants. | Case No. 1:19-cv-03539-PKC<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Carrie H. Cohen of the firm Morrison & Foerster, LLP, hereby appears in the above-captioned action on behalf of defendant Apple Inc.

Dated: New York, NY
       May 7, 2019

MORRISON & FOERSTER LLP

By:   s/ Carrie H. Cohen
     Carrie H. Cohen
     250 West 55th Street
     New York, NY 10049
     Telephone: 212-468-8000
     Facsimile: 212-468-7900
     Email: CCohen@mofo.com

*Counsel for Defendant Apple Inc.*

ny-1639973