EXHIBIT 1 – IMAGE FROM BOSTON SECURITY VIDEO

