EXHIBIT 2 – IMAGE FROM PARAMUS BOOKING SHEET

