

Subhan Tariq <subhan@tariqlaw.com>

## Fwd: Apple Record 18183634
1 message

**Anthony Musto** <anthony@amustolaw.com>  Mon, Apr 22, 2019 at 6:21 PM
To: Subhan Tariq <subhan@tariqlaw.com>

---------- Forwarded message ---------
From: <lawenforcement@apple.com>
Date: Fri, Oct 19, 2018 at 3:20 PM
Subject: Apple Record 18183634
To: <anthony@amustolaw.com>

Hello Mr. Musto,

We spoke by phone a few days ago.  You clarified that your subpoena on behalf of Mr. Bah is an effort to obtain store video and prior reports involving Mr. Bah in Apple Store incidents.

I've confirmed that any store video of this incident was requested after the retention period (usually 30 days).  There is no video to produce.

The person who wrote the Loss Prevention Incident Report (J. Beswick) is an employee of the Security Industry Specialists, Inc.
"SIS" can be reached here:

Security Industry Specialists, Inc.
6071 Bristol Parkway
Culver City, CA  90230
(310) 215-5100

Apple does not retain arrest reports, so after a reasonable search, Apple is not able to locate any responsive information.

This information was prepared by Apple personnel in the ordinary course of business and was obtained during a reasonable search of Apple data based on the information provided to us for identification.


Kind regards,

Greg C.
Apple Privacy & Law Enforcement Compliance
lawenforcement@apple.com
http://www.apple.com/privacy/

For more information about Apple's Legal Process Guidelines for U.S. Law Enforcement, please visit:
http://www.apple.com/legal/privacy/law-enforcement-guidelines-us.pdf

*************************************************************************

This transmission may contain confidential information intended only for the person(s) named above.  Any other distribution, re-transmission, copying or disclosure is strictly prohibited.  If you have received this transmission in error, please notify lawenforcement@apple.com immediately and delete this file/message from your system.


--

Anthony W. Musto, Esq.
The Law Office of Anthony W. Musto
749 South Street
Roslindale, MA 02131
anthony@amustolaw.com
(t) 617-992-6159|(f) 617-830-0514