# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Ousmane Bah,

        Plaintiff,

-against-

    19  Civ. 3539 ( PKC )

Apple Inc. and Security Industry Specialists, Inc.,

        Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Daniel Malis, Esq. hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Ousmane Bah in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 6/19/19

Respectfully Submitted,

Daniel Malis, Esq.

Applicant Signature: _[signature]_

Applicant's Name: Daniel Malis, Esq.

Firm Name: Malis|Law

Address: 30 2nd Street

City/State/Zip: Cambridge, MA 02141

Telephone/Fax: P: 617-491-1099 F: 617-491-1022

Email: daniel.malis@malislaw.com