UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
====================================X

OUSMANE BAH,

                            19 Civ. 3539 (PKC)

                Plaintiff,

-against-                        DECLARATION OF DAVID
                                    L. METZGER IN SUPPORT OF
APPLE INC. and SECURITY INDUSTRY    MOTION TO DISMISS PURSUANT
SPECIALISTS, INC.                     TO RULE 12(b)(2),(3) and (6)

                Defendant.
====================================X

DECLARATION OF DAVID L. METZGER IN SUPPORT OF MOTION TO DISMISS
PURSUANT TO RULE 12(b)(2), (3) and (6)

      I, David L. Metzger, pursuant to 28 U.S.C. Sec.1746, under the penalties of perjury,

declare that the following is true and correct.

      1.      I am an attorney duly admitted to practice before the United States District Court

for the Southern District of New York. I am a Member of the firm of Lewis Johs Avallone

Aviles, LLP, attorneys for the defendant SECURITY INDUSTRY SPECIALIST, INC.

(hereinafter "SIS") and I make this Declaration in support of the defendant, SIS's, motion for

judgment dismissing the First Amended Complaint pursuant to Federal Rule of Civil Procedure

12(b)(2)(6).

      2.      Attached as Exhibit "A" is a true and accurate copy of the of the Plaintiff's June

10, 2019 First Amended Complaint.

      3.      Attached as Exhibit "B" is a true and accurate copy of the defendant, SIS, June

14, 2019 pre-motion letter on behalf of SIS delineating the grounds for an intended motion to

dismiss.

      4.      Attached as Exhibit "C" is a true and accurate copy of the June 18, 2019

Scheduling Order for the instant motion.

5.    Attached as Exhibit "D" is a true and accurate copy of this office's June 26, 2019 letter to plaintiff's attorney identifying Apple store locations for which SIS is aware of a report to law enforcement for an individual previously identified as Ousmane Bah.

6.    Attached as Exhibit "E" is a true and accurate copy of the July 30, 2019 Declaration of Tom Stevens, Vice President of Retail Operations for SIS.

Dated and Executed:

New York, New York
July 31, 2019

_____
David L. Metzger
LEWIS JOHS AVALLONE AVILES, LLP
Attorneys for Defendant
SECURITY INDUSTRY SPECIALISTS
61 Broadway, 20th Floor
New York, NY 10006
212.233.7195
dlmetzger@lewisjohs.com