# EXHIBIT "D"

LEWIS JOHS
Lewis Johs Avallone Aviles, LLP

Counsellors at Law

June 26, 2019

*Via e-mail*
Subhan Tariq, Esq.
34-18 Northern Blvd Suite 2-25
Long Island City, NY 11101

    Re: **Ousmane Bah v. Apple Inc. and Security Industry Specialists**
         **Our Client: Security Industry Specialists ("SIS")**
         **Docket No.: 19 cv 3539**
         **LJAA File No.: 0270-1037-NY00**

Mr. Tariq:

Pursuant to the directive of Judge Castel at the June 18, 2019 pre-motion conference, the following is the list of Apple Store locations for which SIS is aware of a report to law enforcement for an individual previously identified as Ousmane Bah:

| Date | Location |
|---|---|
| 5/24/18 | Paramus, NJ |
| 5/30/18 | Millburn, NJ |
| 5/31/18 | Boston, MA |
| 9/15/18 | Millburn, NJ |
| 9/18/18 | Freehold, NJ |
| 9/18/18 | Cherry Hill, NJ |
| 10/17/18 | Rockaway, NJ |
| 10/27/18 | Trumbull, CT |
| 10/29/18 | Lawrence Township, NJ |
| 12/1/18 | Holyoke, MA |
| 2/18/19 | Rockaway, NJ |

Very truly yours,

David L. Metzger
dlmetzger@lewisjohs.com
*New York City Office*

DLM:gr

cc: Morrison & Foerster, LLP - via email