

34-18 Northern Blvd – Suite 2-25
Long Island City, NY 11101

**OFFICE:** (718) 674 - 1245
**FAX:** (516) 453 - 0490

October 22, 2019

The Honorable P. Kevin Castel
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

        **Re:**      **Bah, Ousmane v. Apple Inc., et al.**
        **Docket #:**   **1:19-cv-03539-PKC**
        **Request for Oral Argument on Defendants' Motions to Dismiss**

Dear Judge Castel:

    My firm represents Plaintiff, Ousmane Bah, in the above-referenced matter.

    Defendants, Apple Inc. and Security Industry Specialists, Inc. ("Defendants") filed their Motions to Dismiss Plaintiff's First Amended Complaint on July 31, 2019. We filed our Opposition to Defendants' Motions to Dismiss on September 11, 2019, and Defendants filed their Replies to our Opposition on September 27, 2019.

    Accordingly, pursuant to Your Honor's Individual Practices (3)(F), we respectfully request that the Court schedule oral argument on Defendants' Motions to Dismiss.

    We are appreciative of Your Honor's time on this matter.

                                         Sincerely,

                                         _____
                                         Subhan Tariq, Esq.
                                         *Counsel for Plaintiff*

Cc:    Counsel of record (via CM/ECF)