MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

October 23, 2019

Writer's Direct Contact
+1 (212) 468.8049
CCohen@mofo.com

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Bah v. Apple Inc., et al.*, No. 1:19-cv-03539 (PKC)
<u>Response to Plaintiff's Letter Requesting Oral Argument</u>

Dear Judge Castel:

    We represent Apple Inc. ("Apple"), a defendant in the above-referenced action, and write in response to Plaintiff's letter filed on October 22, 2019 requesting oral argument on the motions to dismiss submitted by defendants Apple and Security Industry Specialists, Inc. ("SIS," and with Apple, "Defendants"). (ECF No. 47.)

    We respectfully submit that oral argument on the motions to dismiss is unnecessary as the Court already has heard extensively from the parties regarding their respective arguments related to the motions to dismiss, including in person at the June 18, 2019 pre-motion conference with the Court. In addition to that conference and the parties having fully briefed the motions, the parties also have submitted numerous detailed pre-motion letters that set forth the parties' legal and factual arguments related to the motions to dismiss. (*See* ECF Nos. 14, 16, 19, 20, 27, and 28.) Accordingly, Apple does not believe additional oral argument is necessary, but, of course, should the Court believe that oral argument would aid determination of the motions, Apple is prepared to present oral argument at a date and time convenient for the Court. We have conferred with counsel for SIS and SIS concurs with this letter.

Respectfully submitted,

*/s/ Carrie H. Cohen*

Carrie H. Cohen

cc: All counsel of record (via ECF)

ny-1782820