

34-18 Northern Blvd – Suite 2-25
Long Island City, NY 11101

**OFFICE:** (718) 674 - 1245
**FAX:** (516) 453 - 0490

Initial conference is adjourned from February 21, 2020 to March 16, 2020 at 11:00 a.m.
SO ORDERED.
Dated: 2/13/2020

_____
P. Kevin Castel
United States District Judge

February 12, 2020

The Honorable P. Kevin Castel
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

  **Re:**  **Bah, Ousmane v. Apple Inc., et al.**
  **Docket #:** **1:19-cv-03539-PKC**
  **Letter Motion to Adjourn Conference**

Dear Judge Castel:

  My firm represents Plaintiff, Ousmane Bah, in the above-referenced matter. This letter is written to request an adjournment of the case management conference, now scheduled for February 21, 2020 at 11:00 AM. Counsel for both parties will be unavailable for the conference on the scheduled date.

  This is the first request to adjourn the conference and is made with Defendants' consent. We respectfully request a new conference on the preferred date of March 4, 2020 in the afternoon, or March 5, 2020 as an alternative date. Otherwise, the parties also propose March 6, 2020 in the morning.

  We are appreciative of Your Honor's time on this matter.

           Sincerely,

           _____
           Subhan Tariq, Esq.
           *Counsel for Plaintiff*

Cc:  Counsel of record (via CM/ECF)