

# MALIS | LAW
LAW OFFICES OF DANIEL MALIS, PC

30 SECOND STREET
CAMBRIDGE, MA 02141
TEL (617) 491-1099
FAX (617) 491-1022
daniel.malis@malislaw.com

March 2, 2020

VIA CM/ECF
The Hon. Judge P. Kevin Castel
U.S. District Court, Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

> *[Handwritten note:]* The time of the conference on March 19 will be 11:00 a.m. rather than 10:30 a.m.
>
> SO ORDERED
> [signature]
> USDJ
> 3-4-20

Re: Ousmane Bah v. Apple Corporation and Security Information Specialists, Inc.
Docket No. 1:19-cv-03539 (PKC)

Plaintiff's request to change time of status conference (11 am or later, March 19)

Dear Judge Castel:

All parties just received notice that the Court, sua sponte, has rescheduled our Status Conference in this matter from Monday, March 16, 2020 at 11 am to Thursday, March 19, 2020 at 10:30 am. With all parties' assent, I ask that we move the time of the status conference from 10:30 am to 11 am or later to accommodate my travel schedule from Boston. Thank you in advance for your anticipated cooperation.

Sincerely,

[signature]

Daniel Malis, Esq.
Co-counsel for Plaintiff

DM/jag
CC: Carrie Cohen, Esq.
David Metzger, Esq.
Subhan Tariq, Esq.
*Via CM/ECF*