UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Ousmane Bah,

          Platintiff(s),                     ORDER

      -against-

                                            19 Civ. 3539 (PKC)

Apple Inc., et al.,

          Defendant(s).
-------------------------------------------------------x

CASTEL, U.S.D.J.

Due to the COVID-19 situation, conferences with the Court in civil cases through April 17, 2020 will be held by teleconferencing. Each scheduled conference will take place on the date and time originally set. The conference is this case is scheduled for March 19, 2020 at 11:00 a.m.

No later than forty-eight hours before the conference, plaintiff's counsel shall:

(a) contact all defendant's counsel to provide defense counsel with call-in information;

(b) email the call-in information to castelnysdchambers@nysd.uscourts.gov; and

(c) for an initial pretrial conference, email a copy of the agreed upon Civil Case Management Plan & Scheduling Order to: castelnysdchambers@nysd.uscourts.gov .

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
         March 13, 2020