UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OUSMANE BAH,
    Plaintiff

      v.

Docket No. 1:19-cv-03539-PKC

APPLE CORPORATION,
SECURITY INDUSTRY
SPECIALISTS, INC. ,
STEVEN YHAP, Individually and as
An employee of SECURITY INDUSTRY
SPECIALISTS, INC.,
JOHN WOODRUFF, Individually and as
An employee of SECURITY INDUSTRY
SPECIALISTS, INC.,
DETECTIVE JOHN REINHOLD, Individually and as
a detective for the NEW YORK POLICE DEPARTMENT,
JOHN DOES 1-3, unidentified officers of the
NEW YORK POLICE DEPARTMENT, and
CITY OF NEW YORK, by and through
THE NEW YORK POLICE DEPARTMENT,

    Defendants

## MOTION TO RETROACTIVELY SEAL CONFIDENTIAL DOCUMENT

Plaintiff hereby moves that this Court retroactively seal Exhibit 2 to the Letter to Judge Castel dated July 27, 2020 (ECF No. 76), for the grounds stated in the attached Memorandum of Law and accompanying Affidavit of Counsel. Plaintiff represents that the document was produced inadvertently and was marked Confidential, and should therefore be sealed under this Court's Protective Order in this matter.

        Plaintiff,
        By his attorneys,

        _____
        Daniel Malis, Esq., BBO # 315770
        MALIS|LAW
        30 2nd Street
        Cambridge, MA  02141
        (617) 491-1099
        daniel.malis@malislaw.com


        _____
        Subhan Tariq, Esq.
        Attorney I.D. # ST9597
        The Tariq Law Firm
        34-18 Northern Blvd. Ste. 2-25
        Long Island City, NY 11101
        (718) 674-1256
        subhan@tariqlaw.com

Dated:  July 29, 2020