UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
OUSMANE BAH ,

                                                                   19 Civ. 3539 (PKC)

     -against-

                                                                   ORDER

APPLE INC., et al.,

                     Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

       A telephonic discovery conference is scheduled for September 21, 2020 at 2:00 p.m.

The call-in information for this teleconference is:

       <u>Dial-in</u>:       (888) 363-4749

       <u>Access Code</u>:   3667981

       SO ORDERED.

                                        P. Kevin Castel
                                  United States District Judge

Dated:  New York, New York
           September 16, 2020