UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

OUSMANE BAH,

                          Plaintiff,

        -against-

APPLE INC., ET AL.,

                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

19-CV-3539 (PKC) (BCM)

**PLEASE TAKE NOTICE** that John Schemitsch, Assistant Corporation Counsel with the office of James E. Johnson, Corporation Counsel of the City of New York, hereby appears as counsel for defendant the City of New York in the above-entitled action.  I am admitted to practice in this District.

Dated:      New York, New York
            September 18, 2020

**JAMES E. JOHNSON**
Corporation Counsel of the City of New York
*Attorney for defendant City of New York*

By: _____

**JOHN SCHEMITSCH**
**ASSISTANT CORPORATION COUNSEL**
New York City Law Department
100 Church Street
New York, New York 10007