UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
OUSMANE BAH,

                          Plaintiff,                              19-cv-3539 (PKC)

            -against-                                            ORDER

APPLE INC., et al.,

                          Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

            Plaintiff moves to seal Exhibit 2 to his July 27, 2020 letter.  (Doc. 77).  For

substantially the reasons stated in plaintiff's accompanying memorandum of law, (Doc. 77-1), the

Court finds that the presumption of public access to Exhibit 2 is outweighed at this moment by

defendant's confidential business interests.  See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d

110, 119–20 (2d Cir. 2006).  Therefore, Plaintiff's motion to seal is GRANTED.  (Doc. 77).  The Clerk

is ordered to seal Doc. 76-1.


            SO ORDERED.

                                                   _____
                                                        P. Kevin Castel
                                                   United States District Judge

Dated:  New York, New York
        September 21, 2020