UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OUSMANE BAH,<br><br>      Plaintiff,<br><br> -against-<br><br>APPLE INC., SECURITY INDUSTRY SPECIALISTS, INC., JOHN WOODRUFF, Individually and as an employee of SECURITY INDUSTRY SPECIALISTS, INC., DETECTIVE JOHN REINHOLD, in his individual capacity as a detective for the NEW YORK POLICE DEPARTMENT, JOHN DOES 1-3, unidentified officers of the NEW YORK POLICE DEPARTMENT, and CITY OF NEW YORK, by and through THE NEW YORK POLICE DEPARTMENT,<br><br>      Defendants. | Docket No. 1:19-cv-03539-PKC |

### DECLARATION OF KATIE L. VIGGIANI IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

I, Katie L. Viggiani, hereby declare as follows, under penalty of perjury:

  1.  I am a member in good standing of the New York Bar and am admitted to practice in this District. I am an associate with the law firm of Morrison & Foerster LLP, counsel for Defendant Apple Inc. ("Apple").

  2.  I submit this declaration in support of Apple's Motion to Dismiss the Second Amended Complaint (the "Motion") in the above-captioned matter, to put before the Court a document referred to in the Motion.

3. Attached as <u>Exhibit 1</u> is a true and correct copy of a redline comparison of the First Amended Complaint, (ECF No. 24-1), and the Second Amended Complaint, (ECF No. 85), which was rendered on October 13, 2020, using document comparison software called Workshare Compare.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated:  October 13, 2020                      Respectfully submitted,
        New York, New York

                                              _____
                                              Katie L. Viggiani