UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OUSMANE BAH,　　　　　　　　　　　　　　Docket No.: 1:19-cv-03539-PKC

　　　　　　Plaintiff,

　-against-　　　　　　　　　　　　　　　　DECLARATION IN SUPPORT
　　　　　　　　　　　　　　　　　　　　　OF OMINIBUS OPPOSITION
APPLE INC., et al.　　　　　　　　　　　　 MEMORANDUM
　　　　　　　　　　　　　　　　　　　　　TO MOTION TO DISMISS


　　　　　　Defendants.
_____/

　　**Subhan Tariq**, an attorney duly admitted to practice in the Southern District of New York, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am an attorney-at-law licensed to practice in the United States District Court for the Southern District of New York. I am the managing attorney at The Tariq Law Firm, PLLC, attorney for Plaintiff, Ousmane Bah in the above-captioned case. In that capacity, I have knowledge of the facts stated herein.

2. This declaration is submitted in support of the above-mentioned Plaintiff's Omnibus Opposition Memorandum to Motion to Dismiss. I am familiar with the facts and circumstances stated herein based upon personal knowledge and review of the file in this matter.

3. Attached as Exhibit "1" is a true and accurate copy of Plaintiff's Temporary New York State Learner's Permit.

4. Attached as Exhibit "2" is a true and accurate copy of Defendant John Woodruff's November 15, 2018 email to Defendant Detective John Reinhold.

5. Attached as Exhibit "3" is a true and accurate copy of Defendant Apple Inc.'s and Security Industry Specialist's Inc.'s Counsels' response letters to Plaintiff's Motion to Compel.

6. Attached as Exhibit "4" is a true and accurate copy of Declaration of Tom Stevens.

Dated: November 13, 2020

                                                                  Respectfully submitted,

                                                                  Subhan Tariq, Esq.
                                                                  Attorney I.D.# ST9597
                                                                  The Tariq Law Firm, PLLC
                                                                  **Attorney for Plaintiff**
                                                                  34-18 Northern Blvd – Suite 2-25
                                                                  Long Island City, NY 11101
                                                                  Telephone: (718) 674-1245
                                                                  Facsimile: (516) 453-0490
                                                                  Email: subhan@tariqlaw.com