UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
OUSMANE BAH,

                Plaintiff,                      19-cv-3539 (PKC)

     -against-                          ORDER

APPLE INC., et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Reluctantly, the application is GRANTED and the revised schedule in the letter (Doc 129) is approved.

        SO ORDERED.

                                                                         *P. Kevin Castel*
                                                                      United States District Judge

Dated:  New York, New York
           January 22, 2021