UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
OUSMANE BAH,

                Plaintiff,                19-cv-3539 (PKC)

    -against-                    ORDER

APPLE INC., et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff is granted leave to file a Third Amended Complaint for the limited purpose of identifying certain John Doe defendants as identified in his letter of January 21, 2021 (Doc 130), provided that the Third Amended Complaint is filed on the docket by February 16, 2021. If plaintiff elects to file a Third Amended Complaint, defendants Apple Inc., Security Industry Specialists, Inc and John Woodruff may renew their previously filed motions to dismiss as directed to the Third Amended Complaint by filing a letter so stating by March 9, 2021.

        The motions to dismiss of defendants City of New York, John Reinhold, and John Does shall proceed on the schedule previously set by the Court. (Doc 131). Discovery stayed as to all parties pending a decision on defendants' respective motions to dismiss.

        The conference scheduled for February 17, 2021 is adjourned without date for reschedule. The Clerk is directed to terminate the motions. (Docs 130 and 132).

- 2 -

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       February 9, 2021