| FIS REQUEST | Crime/Condition<br>GRAND LARCENY | Command<br>121-121ST PRECINCT<br>Date of This Report<br>11/08/2018 |
|---|---|---|
| Date of UF61<br>10/26/2018 | Complaint No.<br>2018-121-06645 | Date Case Assigned<br>11/03/2018 | Case No.<br>2018 - 361 | Unit Reporting<br>STATEN ISLAND GRAND LAR | Follow-Up No.<br>10 |

| Reference Pattern No<br>2018-6042 | Command<br>209-DB GRAND LARCENY SQUAD | |
|---|---|---|
| Reference Case No<br>2018 - 361 | Command<br>209-DB GRAND LARCENY SQUAD | Complaint No<br>2018- 121- 6645 |

FIS Tracking Number: 46600077

**All associated Videos And Images MUST be submitted on All FIS Request.**

| Topic/Subject<br>(FIS REQUEST) FIS REQUEST 10/22/18 | Activity Date<br>11/08/2018 | Activity Time<br>16:40 |
|---|---|---|

**Details**

Summary of Investigation:
1. On November 8, 2018, at approximately 1640 hours I am submitting videos and a photo still of the wanted subject from my case. The wanted subject did remove store merchandise from the Staten Island Mall without permission or authority to do so.

2. Case Status: Active.

**PERSON OF INTEREST INFORMATION**

| Person's Last Name, First M.I. | Role<br>SUSPECT | Position/Relationship | Sex<br>MALE | Race<br>BLACK |
|---|---|---|---|---|

| Nickname/Alias/Middle Name | | | | |
|---|---|---|---|---|
| Date of Birth | Age | Age From<br>17 | Age To<br>25 | Height | Weight |

| Description | | |
|---|---|---|
| Accent | Describe Weapon (If firearm, give color, make, caliber, type, model, etc.) | Discharged |
| Gang Affiliation | Gang Name | Gang Identifier |
| Mask: | Gloves: | |
| Clothing Description | | |
| Scars, Marks | | |

**FIS PHOTOS-VIDEO**

| [video icon]<br>1541713197792_10__22__18a.mov | Image Type:<br>VIDEO | Additional Descriptive Information and the Location of POI in the Photo / Video<br>MALE BLACK WEARING A BLACK "ATLANTA FALCON" JACKET, WHITE HOODED SWEATSHIRT, AND BLACK PANTS. |
|---|---|---|
| Submitted From Social Media<br>NO | Screen Name | Social Media Site | Social Media Link/URL |

| 1 | Video Time Frame Segment Type<br>ELAPSED TIME FROM BEGINNG OF VIDEO (IN MINUTES) | Video Frame<br>From: 430<br>To: 440 | Describe What FIS Should Analyze<br>MALE BLACK WEARING A BLACK "ATLANTA FALCON" JACKET, WHITE HOODED SWEATSHIRT, AND BLACK PANTS. |
|---|---|---|---|

| [video icon]<br>1541713578363_10__22__18a.mov | Image Type:<br>VIDEO | Additional Descriptive Information and the Location of POI in the Photo / Video<br>MALE BLACK WEARING A |
|---|---|---|

| | | | | BLACK "ATLANTA FALCON" JACKET, WHITE HOODED SWEATHSHIRT, AND BLACK PANTS. |
|---|---|---|---|---|
| Submitted From Social Media NO | | Screen Name 1541713578363_10__22__18a.mov | Social Media Site | Social Media Link/URL |
| 1 | Video Time Frame Segment Type ELAPSED TIME FROM BEGINNG OF VIDEO (IN MINUTES) | Video Frame From: 505 To: 515 | Describe What FIS Should Analyze MALE BLACK WEARING A BLACK "ATLANTA FALCON" JACKET, WHITE HOODED SWEATHSHIRT, AND BLACK PANTS. | |
| 2 | Video Time Frame Segment Type ELAPSED TIME FROM BEGINNG OF VIDEO (IN MINUTES) | Video Frame From: 1230 To: 1237 | Describe What FIS Should Analyze MALE BLACK WEARING A BLACK "ATLANTA FALCON" JACKET, WHITE HOODED SWEATHSHIRT, AND BLACK PANTS. | |

| | Image Type: STILL PHOTO | Additional Descriptive Information and the Location of POI in the Photo / Video MALE BLACK WEARING A BLACK "ATLANTA FALCON" JACKET, WHITE HOODED SWEATHSHIRT, AND BLACK PANTS. |
|---|---|---|



1541713014084_perppockets.jpg    Printable Version

| Submitted From Social Media<br>NO | Screen Name | Social Media Site | Social Media Link/URL |
|---|---|---|---|
| 1 | Video Time Frame Segment Type<br>ELAPSED TIME FROM BEGINNG OF VIDEO (IN MINUTES) | Video Frame From: 505 To: 515 | Describe What FIS Should Analyze<br>MALE BLACK WEARING A BLACK "ATLANTA FALCON" JACKET, WHITE HOODED SWEATHSHIRT, AND BLACK PANTS. |
| 2 | Video Time Frame Segment Type<br>ELAPSED TIME FROM BEGINNG OF VIDEO (IN MINUTES) | Video Frame From: 1230 To: 1237 | Describe What FIS Should Analyze<br>MALE BLACK WEARING A BLACK "ATLANTA FALCON" JACKET, WHITE HOODED SWEATHSHIRT, AND BLACK PANTS. |

| Reporting Officer: | Rank<br>DT3 | Name<br>JOHN REINHOLD | | Tax Reg. No.<br>933240 | Command<br>209-GRAND LARCENY DIVISION |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed<br>11/08/2018 | Date of Next Review | Name<br>MICHAEL WALSH | Supv. Tax No.<br>914038 |

| OTHER ATTACHMENTS | Crime/Condition<br>GRAND LARCENY | Command<br>121-121ST PRECINCT<br>Date of This Report<br>11/08/2018 |
|---|---|---|

| Date of UF61<br>10/26/2018 | Complaint No.<br>2018-121-06645 | Date Case Assigned<br>11/03/2018 | Case No.<br>2018 - 361 | Unit Reporting<br>STATEN ISLAND GRAND LAR | Follow-Up No.<br>11 |
|---|---|---|---|---|---|

| Reference Pattern No<br>2018-6042 | Command<br>209-DB GRAND LARCENY SQUAD | |
|---|---|---|
| Reference Case No<br>2018 - 361 | Command<br>209-DB GRAND LARCENY SQUAD | Complaint No<br>2018- 121- 6645 |

| Topic/Subject<br>(OTHER ATTACHMENTS) CRIMEDEX ALERT | Activity Date<br>11/08/2018 | Activity Time<br>17:35 |
|---|---|---|

| Complainant's Name<br>APPLE | Address<br>2655 RICHMOND AVENUE STATEN ISLAND NY 10314 | Apt No. |
|---|---|---|
| Nickname/Alias/Middle Name | | |

| Sex<br>BUSINESS | Race | Date of Birth | Age | | |
|---|---|---|---|---|---|
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address | |

| Person Interviewed Last Name, First M.I. | Address | Apt No. |
|---|---|---|
| Nickname/Alias/Middle Name | | |

| Position/Relationship | Sex | Race | Date of Birth | Age |
|---|---|---|---|---|
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

**Details**

Summary of Investigation:
1. On November 8, 2018, at approximately 1735 hours the undersigned did create a CrimeDex alert in regards to this case.

2. Attached is said CrimeDex alert.

3. Case Status: Active.

| Activity Address Location<br>OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of<br>and | | Premise Type | |

**ATTACHMENT**

| No | Attachment | Description |
|---|---|---|
| 1 | [PDF] 1541716934602_181108174206-3166741.pdf | |

| Reporting Officer: | Rank<br>DT3 | Name<br>JOHN REINHOLD | Tax Reg. No.<br>933240 | Command<br>209-GRAND LARCENY DIVISION |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed<br>11/08/2018 | Date of Next Review | Name<br>MICHAEL WALSH | Supv. Tax No.<br>914038 |

| OTHER ATTACHMENTS | Crime/Condition<br>GRAND LARCENY | Command<br>121-121ST PRECINCT<br>Date of This Report<br>11/08/2018 |
|---|---|---|

| Date of UF61<br>10/26/2018 | Complaint No.<br>2018-121-06645 | Date Case Assigned<br>11/03/2018 | Case No.<br>2018 - 361 | Unit Reporting<br>STATEN ISLAND GRAND LAR | Follow-Up No.<br>12 |
|---|---|---|---|---|---|

| Reference Pattern No<br>2018-6042 | Command<br>209-DB GRAND LARCENY SQUAD | |
|---|---|---|
| Reference Case No<br>2018 - 361 | Command<br>209-DB GRAND LARCENY SQUAD | Complaint No<br>2018- 121- 6645 |

| Topic/Subject<br>(OTHER ATTACHMENTS) METRORCA ALERT | Activity Date<br>11/08/2018 | Activity Time<br>18:00 |
|---|---|---|

| Complainant's Name<br>APPLE | Address<br>2655 RICHMOND AVENUE STATEN ISLAND NY 10314 | Apt No. |
|---|---|---|
| Nickname/Alias/Middle Name | | |

| Sex<br>BUSINESS | Race | Date of Birth | Age | |
|---|---|---|---|---|
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

| Person Interviewed Last Name, First M.I. | Address | Apt No. | |
|---|---|---|---|
| Nickname/Alias/Middle Name | | | |
| Position/Relationship | Sex | Race | Date of Birth | Age |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

**Details**

**Summary of Investigation:**
1. On November 8, 2018, at approximately 1800 hours the undersigned did create a METRORCA alert in regards to this case.

2. Attached is said METRORCA alert.

3. Case Status: Active.

| Activity Address Location<br>OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of<br>and | | Premise Type | |

**ATTACHMENT**

| No | Attachment | Description |
|---|---|---|
| 1 | [PDF] 1541718709168_181108181020-3166788.pdf | |

| Reporting Officer: | Rank<br>DT3 | Name<br>JOHN REINHOLD | Tax Reg. No.<br>933240 | Command<br>209-GRAND LARCENY DIVISION |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed<br>11/08/2018 | Date of Next Review | Name<br>MICHAEL WALSH | Supv. Tax No.<br>914038 |

| GENERAL INVESTIGATION | Crime/Condition<br>GRAND LARCENY | Command<br>121-121ST PRECINCT<br>Date of This Report<br>11/08/2018 |
|---|---|---|

| Date of UF61<br>10/26/2018 | Complaint No.<br>2018-121-06645 | Date Case Assigned<br>11/03/2018 | Case No.<br>2018 - 361 | Unit Reporting<br>STATEN ISLAND GRAND LAR | Follow-Up No.<br>13 |
|---|---|---|---|---|---|

| Reference Pattern No<br>2018-6042 | Command<br>209-DB GRAND LARCENY SQUAD | |
|---|---|---|
| Reference Case No<br>2018 - 361 | Command<br>209-DB GRAND LARCENY SQUAD | Complaint No<br>2018- 121- 6645 |

| Complainant's Name<br>APPLE | Address<br>2655 RICHMOND AVENUE STATEN ISLAND NY 10314 | Apt No. |
|---|---|---|

| Nickname/Alias/Middle Name | | | |
|---|---|---|---|
| Sex<br>BUSINESS | Race | Date of Birth | Age |
| Home Telephone | Business Telephone | Cell Phone | Beeper #    E-Mail Address |

| Activity Address Location<br>OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of<br>and | | Premise Type | |

| Activity Date<br>11/08/2018 | Activity Time<br>18:40 |
|---|---|

**Topic/Subject:**
LEADS ONLINE SEARCH (STOLEN PROPERTY)

**Summary of Investigation:**
1. On November 8, 2018, at approximately 1840 hours, I have conducted a Leads Online Search for the following stolen items:

- Apple Watch; Serial # FH7X700XKDT7
- Apple Watch; Serial # FH7X60UTKDTC
- Apple Watch; Serial # FH7X70GUKDT9
- Apple Watch; Serial # GJ9X9HEDJ5X4
- Apple Watch; Serial # G99X20N2J6GD

2. Said search was conducted to determine if said items were sold to a pawn shop. Search was conducted from 10/21/2018 to 11/08/2018.

3. This search yielded no investigative leads.

4. Case Status: Active

| Reporting Officer: | Rank<br>DT3 | Name<br>JOHN REINHOLD | Tax Reg. No.<br>933240 | Command<br>209-GRAND LARCENY DIVISION |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed<br>11/08/2018 | Date of Next Review | Name<br>MICHAEL WALSH | Supv. Tax No.<br>914038 |

9/9/2019

| ACTIVATE INVESTIGATION CARD | Crime/Condition<br>GRAND LARCENY | Command<br>121-121ST PRECINCT<br>Date of This Report<br>11/09/2018 |
|---|---|---|

| Date of UF61<br>10/26/2018 | Complaint No.<br>2018-121-06645 | Date Case Assigned<br>11/02/2018 | Case No.<br>2018 - 361 | Unit Reporting<br>STATEN ISLAND GRAND LAR | Follow-Up No.<br>14 |
|---|---|---|---|---|---|

| Reference Pattern No<br>2018-6042 | Command<br>209-DB GRAND LARCENY SQUAD | |
|---|---|---|
| Reference Case No<br>2018 - 361 | Command<br>209-DB GRAND LARCENY SQUAD | Complaint No<br>2018- 121- 6645 |

| Topic/Subject<br>(ACTIVATE INVESTIGATION CARD) SUSPECT ONLY INVESTIGATION CARD- BAH | Activity Date<br>11/09/2018 | Activity Time<br>11:00 |
|---|---|---|

### Details

**Summary of Investigation:**
1. On November 9, 2018, at approximately 1100 hours, I am submitting a Suspect Only Investigation Card for Ousmane Bah in regards to this pattern.

2. Case Status: Active.

### ICard

| Control No. | IDS No.<br>I2018046504 | | | | |
|---|---|---|---|---|---|
| Last Name<br>BAH | First Name<br>OUSMANE | | M.I. | Aliases/Nicknames<br>BARRIE<br>MAMADOU | NYSID No. |
| Last known address (Street, Apt, State, Zip)<br>NYC 1351 PROSPECT AVENUE Apt#34 BRONX, NY | | | | | Pct.<br>042 |
| Sex<br>MALE | Race<br>BLACK | Date of Birth<br>05/10/2000 | Social Security No. | Height<br>6-1 | Weight<br>150 | Hair Color<br>BLACK | Eye Color<br>BROWN |
| Sought As<br>SUSPECT ONLY - NO PROBABLE CAUSE TO ARREST | | Precautions to be Observed | | Other | |
| Domestic Violence?<br>No | Misd<br>No | | | Felony<br>Yes | |
| EDP/Psych History (If Yes Explain in Specific Instructions for Officers): | | | | | |
| Law Title<br>PL | Law Section<br>PL 155 \| PETIT LARCENY | | | Law Code/Description<br>PL 155.30 01 \| F \| E \| 4 | |
| Attempt<br>NO | Type<br>F | | Class<br>E | | Count<br>2 |

**Additional Information Regarding Subject (e.g. Friends, Relatives, Phone Numbers, Additional Addresses)**
Suspect would remove store merchandise from the Apple Store which is located at 2655 Richmond Avenue in the confines of the 121 Precinct. Suspect has given the following names when arrested:
- Ousmane Bah
- Mamodou Barrie
- Barrie Mamdou
- Barrie Mamadu

**Additional Descriptive Information (Tattoos, Piercings, Facial Hair, Eyewear)**
Suspect was observed wearing a black "Atlanta Falcons" jacket and black pants.

**Specific Instructions For Apprehending Officers:**
Investigating officer works _____. Work cellphone _____ Office Phone _____
_____ Ousmane Bah is a suspect in a Grand Larceny Pattern 6042.

### Required Computer Checks

| DALL Checked | Active Warrant<br>YES | Notified TaxId<br>936692 | Name<br>SALVATOR | Rank<br>DT3 | Cmd<br>580-WARRANT SECTION |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| YES | | | GRANATA | | | |
| EJustice Checked<br>YES | Active Warrant<br>YES | Notified TaxId<br>933240 | Name<br>JOHN REINHOLD | Rank<br>DT3 | Cmd<br>209-DB GRAND LARCENY SQUAD | |
| NYSID Checked<br>YES | Multiple Active NYSIDs<br>NO | Notified TaxId<br>933240 | Name<br>JOHN REINHOLD | Rank<br>DT3 | Cmd<br>209-DB GRAND LARCENY SQUAD | |
| CRIMS Checked<br>YES | Scheduled Court Date<br>NO | Date of Next Court Appearance | Court Location | Court Part | Notified TaxId<br>933240 | Name<br>JOHN REINHOLD | Rank<br>DT3 | Cmd<br>209-DB GRAND LARCENY SQUAD |

**Command Phone Number**
212-760-5236

| Reporting Officer: | Rank<br>DT3 | Name<br>JOHN REINHOLD | Tax Reg. No.<br>933240 | Command<br>209-GRAND LARCENY DIVISION |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed<br>11/09/2018 | Date of Next Review | Name<br>MICHAEL WALSH | Supv. Tax No.<br>914038 |

| **GENERAL INVESTIGATION** | **Crime/Condition** GRAND LARCENY | **Command** 121-121ST PRECINCT **Date of This Report** 11/09/2018 |
|---|---|---|

| **Date of UF61** 10/26/2018 | **Complaint No.** 2018-121-06645 | **Date Case Assigned** 11/03/2018 | **Case No.** 2018 - 361 | **Unit Reporting** STATEN ISLAND GRAND LAR | **Follow-Up No.** 15 |
|---|---|---|---|---|---|

| **Reference Pattern No** 2018-6042 | **Command** 209-DB GRAND LARCENY SQUAD | |
|---|---|---|
| **Reference Case No** 2018 - 361 | **Command** 209-DB GRAND LARCENY SQUAD | **Complaint No** 2018- 121- 6645 |

| **Complainant's Name** APPLE | **Address** 2655 RICHMOND AVENUE STATEN ISLAND NY 10314 | **Apt No.** |
|---|---|---|

| **Nickname/Alias/Middle Name** | | | | | |
|---|---|---|---|---|---|
| **Sex** BUSINESS | **Race** | **Date of Birth** | | **Age** | |
| **Home Telephone** | **Business Telephone** | **Cell Phone** | | **Beeper #** | **E-Mail Address** |

| **Activity Address Location** OFFICE | **Street** | **City** | **State** | **Zip** | **Apt #** |
|---|---|---|---|---|---|
| **Cross Street** | | **Intersection of** and | | **Premise Type** | |

| **Activity Date** 11/09/2018 | **Activity Time** 11:30 |
|---|---|

**Topic/Subject:**
LEADS ONLINE SEARCH CONDUCTED (SUSPECT I-CARD BAH)

**Summary of Investigation:**
1. On November 9, 2018, at approximately 1130 hours, I have conducted a Leads Online Search for the following suspect and his various alias:

- Ousmane Bah
- Mamadou Barrie
- Barrie Mamadou
- Barrie Mamadu

2. Said search was conducted to determine if the suspect has any suspicious sales. Search was conducted from 01/01/2018 to 11/09/2018.

3. This search yielded no investigative leads.

4. Case Status: Active

| **Reporting Officer:** | **Rank** DT3 | **Name** JOHN REINHOLD | **Tax Reg. No.** 933240 | **Command** 209-GRAND LARCENY DIVISION |
|---|---|---|---|---|
| **Reviewing Supervisor:** | **Manner of Closing** - | **Date Reviewed** 11/09/2018 | **Date of Next Review** | **Name** MICHAEL WALSH | **Supv. Tax No.** 914038 |

| | REQUEST FOR SUBPOENA FOR APPLE PRODUCT | Crime/Condition GRAND LARCENY | Command 121-121ST PRECINCT Date of This Report 11/09/2018 |
|---|---|---|---|

| Date of UF61 10/26/2018 | Complaint No. 2018-121-06645 | Date Case Assigned 11/03/2018 | Case No. 2018 - 361 | Unit Reporting STATEN ISLAND GRAND LAR | Follow-Up No. 16 |
|---|---|---|---|---|---|

| Reference Pattern No 2018-6042 | Command 209-DB GRAND LARCENY SQUAD | |
|---|---|---|
| Reference Case No 2018 - 361 | Command 209-DB GRAND LARCENY SQUAD | Complaint No 2018- 121- 6645 |

| Complainant's Name APPLE | Address 2655 RICHMOND AVENUE STATEN ISLAND NY 10314 | Apt No. |
|---|---|---|

| Nickname/Alias/Middle Name | | | |
|---|---|---|---|
| Sex BUSINESS | Race | Date of Birth | Age |
| Home Telephone | Business Telephone | Cell Phone | Beeper #     E-Mail Address |

| Activity Address Location OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of and | | Premise Type | |

| Activity Date 11/09/2018 | Activity Time 11:45 |
|---|---|

**Topic/Subject:**
(REQUEST FOR SUBPOENA FOR APPLE PRODUCT) APPLE WATCHES REPORTED STOLEN

**Summary of Investigation:**
1. On November 9, 2018, at approximately 1150 hours I did prepare this Apple Subpoena in regards to this case.

2. Case Status: Active.

| Reporting Officer: | Rank DT3 | Name JOHN REINHOLD | Tax Reg. No. 933240 | Command 209-GRAND LARCENY DIVISION |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing - | Date Reviewed 11/09/2018 | Date of Next Review | Name MICHAEL WALSH | Supv. Tax No. 914038 |



**DETECTIVE BUREAU**  
**PHONE SUBPOENA REQUEST**

**ATTACHMENT I**

POLICE DEPARTMENT  
CITY OF NEW YORK

November 09, 2018

From:    JOHN REINHOLD - GRAND LARCENY DIVISION  
To:    Deputy Commissioner, Legal Matters  
Subject:    **REQUEST FOR DEPUTY COMMISSIONER'S SUBPOENA**

1. It is requested that you issue a subpoena for **APPLE INC.**, 1 INFINITE LOOP MAIL STOP 3-SU CUPERTINO CA 95014 to perform a **STOLEN APPLE PRODUCT** on the following Serial number(s):  
   FH7X700XKDT7    FH7X60UTKDTC    GJ9X9HEDJ5X4    G99X20N2J6GD  
   FH7X70GUKDT9

2. The following facts support the need and relevance of the above listed records:  
   On October 22, 2018 at 1500 hours an unknown individual did remove Apple Watch devices, from the Apple Store located at 2655 Richmond Avenue, in the confines of the 121 precinct. The above requested Apple device records are required to determine if the Apple devices were used after it was stolen and to aid in locating the perpetrator. The Apple Device Serial numbers are FH7X700XKDT7, FH7X60UTKDTC, GJ9X9HEDJ5X4, G99X20N2J6GD, and FH7X70GUKDT9. I am requesting the above described records for the period from 0001 hours 10/22/2018 to the present.

3. The time frame of the inquiry is to cover the period of October 22, 2018 00:01 through January 22, 2019 23:59.

4. Complaint: #2018-121-006645, Case Number: #361, Crime Classification: LARCENY,GRAND FROM STORE-SHOPL,  
   DT3 JOHN REINHOLD, tax #933240 assigned. The address of the GRAND LARCENY DIVISION is 1 POLICE PLAZA, MANHATTAN, NY 10038. The telephone number is (█████████) fax number (█████████)

JOHN REINHOLD  
DT3

**FIRST ENDORSMENT**

Commanding Officer, GRAND LARCENY DIVISION to the Deputy Commissioner, Legal Matters, November 09, 2018. I certify that the records requested are needed for the above investigation and cannot be obtained by other reasonable investigative means.

MICHAEL WALSH  
LT

Approved by: 914038 LT MICHAEL WALSH on November 09, 2018

9/9/2019

|  | **DETECTIVE BUREAU**<br>**ATTACHMENT I** | **DD5 ATTACHED FILES** |
|---|---|---|

**ATTACHMENT I : ADDITIONAL ATTACHMENTS**

 Phone Subpoenas-11/13/2018 11:45

| GENERAL INVESTIGATION | Crime/Condition<br>GRAND LARCENY | Command<br>121-121ST PRECINCT<br>Date of This Report<br>11/10/2018 |
|---|---|---|

| Date of UF61<br>10/26/2018 | Complaint No.<br>2018-121-06645 | Date Case Assigned<br>11/03/2018 | Case No.<br>2018 - 361 | Unit Reporting<br>STATEN ISLAND GRAND LAR | Follow-Up No.<br>17 |
|---|---|---|---|---|---|

| Reference Pattern No<br>2018-6042 | Command<br>209-DB GRAND LARCENY SQUAD | |
|---|---|---|
| Reference Case No<br>2018 - 361 | Command<br>209-DB GRAND LARCENY SQUAD | Complaint No<br>2018- 121- 6645 |

| Complainant's Name<br>APPLE | Address<br>2655 RICHMOND AVENUE STATEN ISLAND NY 10314 | Apt No. |
|---|---|---|

| Nickname/Alias/Middle Name | | | |
|---|---|---|---|
| Sex<br>BUSINESS | Race | Date of Birth | Age |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

| Activity Address Location<br>OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of<br>and | | Premise Type | |

| Activity Date<br>11/10/2018 | Activity Time<br>12:45 |
|---|---|

**Topic/Subject:**
PREPARATION OF PHOTO ARRAY (BARRIE)

**Summary of Investigation:**
1. On November 10, 2018, at approximately 1245 hours, while present at SIGLS, I did follow the procedures listed in the Detective's Guide #7 of 2013, to prepare a Photo Array. I utilized the Photo Manager system to create photo array identifier # 429260, allowing the computer to randomly select that of the position of the perpetrator Mamadou Barrie, in which the computer did place him in position # 5. The undersigned Detective then allowed the computer to randomly select five filler photos that fit the same description of that of the perpetrator, also allowing the computer to randomly select the positions of that of the fillers.

2. Case Status: Active.

| Reporting Officer: | Rank<br>DT3 | Name<br>JOHN REINHOLD | Tax Reg. No.<br>933240 | Command<br>209-GRAND LARCENY DIVISION |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed<br>11/12/2018 | Date of Next Review | Name<br>MICHAEL WALSH | Supv. Tax No.<br>914038 |

9/9/2019

| FIS IMAGE REJECTED NOTIFICATION | Crime/Condition<br>GRAND LARCENY | Command<br>121-121ST PRECINCT<br>Date of This Report<br>11/11/2018 |
|---|---|---|

| Date of UF61<br>10/26/2018 | Complaint No.<br>2018-121-06645 | Date Case Assigned<br>11/08/2018 | Case No.<br>2018 - 361 | Unit Reporting<br>FACIAL IDENTIFICATION S | Follow-Up No.<br>18 |
|---|---|---|---|---|---|

| Reference Pattern No<br>2018-6042 | Command<br>209-DB GRAND LARCENY SQUAD | |
|---|---|---|
| Reference Case No<br>2018 - 361 | Command<br>209-DB GRAND LARCENY SQUAD | Complaint No<br>2018- 121- 6645 |

| Topic/Subject<br>(FIS IMAGE REJECTED NOTIFICATION) DUPLICATE FIS REQUEST | Activity Date<br>11/11/2018 | Activity Time<br>09:10 |
|---|---|---|

**Details**

**Summary of Investigation:**
1. On November 11, 2018, at approximately 0910 HOURS, THE SUBMITTED IMAGE IS BEING CLASSIFIED AS A REJECTION DUE TO SUBJECT BEING IDENTIFIED IN PREVIOUS REQUEST. TWO REQUESTS / SAME SUBJECT. A POSSIBLE MATCH REPORT HAS BEEN SUBMITTED IN THIS CASE FOR OUSMANE BAH | NYSID# ███████

**ATTACHMENTS**

| Reporting Officer: | Rank<br>DT3 | Name<br>MICHAEL FURIA | Tax Reg. No.<br>936627 | Command<br>512-REAL TIME CRIME CENTER |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed<br>11/12/2018 | Date of Next Review | Name<br>EDWIN COELLO | Supv. Tax No.<br>928091 |

**Click here to view and print FIS Notification Result Report PDF**

**FIS NOTIFICATION RESULT** — UNAPPROVED

| Crime/Condition | Command |
|---|---|
| | 430-121 DETECTIVE SQUAD |
| | **Date of This Report** 11/12/2018 |

| Date of UF61 | Complaint No. 2018-121-06645 | Date Case Assigned | Case No. 2018 - 361 | Unit Reporting SYSTEM GENERATED | Follow-Up No. 19 |
|---|---|---|---|---|---|

| Reference Pattern No 2018-6042 | Command 209-DB GRAND LARCENY SQUAD | |
|---|---|---|
| Reference Case No 2018 - 361 | Command 209-DB GRAND LARCENY SQUAD | Complaint No 2018- 121- 6645 |

| Topic/Subject (FIS NOTIFICATION RESULT) DUPLICATE FIS REQUEST | Activity Date 11/12/2018 | Activity Time 00:00 |
|---|---|---|

**Details**

**Summary of Investigation:**
1. On , at approximately

**Specific Results of FIS Analysis Report**

**Result**

**ATTACHMENT**

| No | Attachment | Description |
|---|---|---|

| Reporting Officer: | Rank 999 | Name SYSTEM GENERATED | Tax Reg. No. 999999 | Command 999- |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing - | UNAPPROVED | | |

[ View Case Notes ]    [ View Notes for this Document ]    [ Create New Review Note for this DD5 ]

| | | |
|---|---|---|
| **PHOTO ARRAY** | **Crime/Condition** GRAND LARCENY | **Command** 121-121ST PRECINCT **Date of This Report** 11/13/2018 |

| Date of UF61 | Complaint No. | Date Case Assigned | Case No. | Unit Reporting | Follow-Up No. |
|---|---|---|---|---|---|
| 10/26/2018 | 2018-121-06645 | 11/03/2018 | 2018 - 361 | STATEN ISLAND GRAND LAR | 20 |

| Reference Pattern No | Command |
|---|---|
| 2018-6042 | 209-DB GRAND LARCENY SQUAD |

| Reference Case No | Command | Complaint No |
|---|---|---|
| 2018 - 361 | 209-DB GRAND LARCENY SQUAD | 2018- 121- 6645 |

| Topic/Subject | Activity Date | Activity Time |
|---|---|---|
| (PHOTO ARRAY) PHOTO ARRAY VIEWED BY [redacted] | 11/13/2018 | 14:25 |

| Complainant's Name | Address | Apt No. |
|---|---|---|
| APPLE | 2655 RICHMOND AVENUE STATEN ISLAND NY 10314 | |

**Nickname/Alias/Middle Name**

| Sex | Race | Date of Birth | Age | | |
|---|---|---|---|---|---|
| BUSINESS | | | | | |
| **Home Telephone** | **Business Telephone** [redacted] | **Cell Phone** | **Beeper #** | | **E-Mail Address** |

| Person Interviewed Last Name, First M.I. | Address | Apt No. |
|---|---|---|
| [redacted] | | |

**Nickname/Alias/Middle Name**

| Position/Relationship | Sex | Race | Date of Birth | Age | |
|---|---|---|---|---|---|
| EMPLOYEE | FEMALE | | | | |
| **Home Telephone** | **Business Telephone** [redacted] | **Cell Phone** | **Beeper #** | | **E-Mail Address** |

**Details**

**Summary of Investigation:**
1. On November 13, 2018, at approximately 1428 hours, Detective Joseph Centner was present at the Apple Store located at 2655 Richmond Avenue in Staten Island NY, and he did show a photo array to [redacted]. He did follow Detective Guide Procedure # 505-03, including the pre-viewing instruction report, photo array viewing report, and photo array information report. [redacted] did view the photo array and stated that she recognized the individual in position# 5(OUSMANE BAH) as the person who did remove store merchandise without payment on October 22, 2018 and October 24, 2018. She then signed under position# 5.

2. Positive identification.

3. Case Status: Active.

| Activity Address Location | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| NYC | 2655 RICHMOND AVENUE | STATEN ISLAND | NY | | |
| **Cross Street** PLATINUM AVENUE and RICHMOND HILL ROAD | **Intersection of** | | | | **Premise Type** CHAIN STORE |

**ATTACHMENT**

| No | Attachment | Description |
|---|---|---|
| 1 | [PDF]    1542145808057_181113164926-3172584.pdf | |

| Reporting Officer: | Rank | Name | Tax Reg. No. | Command |
|---|---|---|---|---|
| | | | | |

| | DT3 | JOHN REINHOLD | | 933240 | 209-GRAND LARCENY DIVISION |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing - | Date Reviewed 11/13/2018 | Date of Next Review | Name MICHAEL WALSH | Supv. Tax No. 914038 |

| MODIFY INVESTIGATION CARD | Crime/Condition<br>GRAND LARCENY | Command<br>209-GRAND LARCENY DIVISION<br>Date of This Report<br>11/13/2018 |
|---|---|---|
| **Date of UF61**<br>10/26/2018 | **Complaint No.**<br>2018-121-06645 | **Date Case Assigned**<br>11/02/2018 | **Case No.**<br>2018 - 361 | **Unit Reporting**<br>STATEN ISLAND GRAND LAR | **Follow-Up No.**<br>21 |

| Reference Pattern No<br>2018-6042 | Command<br>209-DB GRAND LARCENY SQUAD | |
|---|---|---|
| Reference Case No<br>2018 - 361 | Command<br>209-DB GRAND LARCENY SQUAD | Complaint No<br>2018- 121- 6645 |

| Topic/Subject<br>(MODIFY INVESTIGATION CARD) PROBABLE CAUSE INVESTIGATION CARD ACTIVATED (BAH) | Activity Date<br>11/13/2018 | Activity Time<br>16:45 |
|---|---|---|

### Details

**Summary of Investigation:**
1. On November 13, 2018, at approximately 1645 hours, I am submitting a Probable Cause Investigation Card for Ousmane Bah in regards to this pattern.

2. Case Status: Active.

### ICard

| Control No. | | IDS No.<br>I2018046504 | | | |
|---|---|---|---|---|---|
| **Last Name**<br>BAH | **First Name**<br>OUSMANE | | **M.I.** | **Aliases/Nicknames**<br>BARRIE<br>MAMADOU | **NYSID No.** |
| **Last known address (Street, Apt, State, Zip)**<br>NYC 1351 PROSPECT AVENUE Apt#34 BRONX, NY | | | | | **Pct.**<br>042 |
| **Sex**<br>MALE | **Race**<br>BLACK | **Date of Birth**<br>05/10/2000 | **Social Security No.** | **Height**<br>6-1 | **Weight**<br>150 | **Hair Color**<br>BLACK | **Eye Color**<br>BROWN |
| **Sought As**<br>PERPETRATOR - PROBABLE CAUSE TO ARREST | | **Precautions to be Observed** | | **Other** | |
| **Domestic Violence?**<br>No | **Misd**<br>No | | | **Felony**<br>Yes | |
| EDP/Psych History (If Yes Explain in Specific Instructions for Officers): | | | | | |
| **Law Title**<br>PL | **Law Section**<br>PL 155 \| PETIT LARCENY | | | **Law Code/Description**<br>PL 155.30 01 \| F \| E \| 4 | |
| **Attempt**<br>NO | **Type**<br>F | | **Class**<br>E | **Count**<br>2 | |

**Additional Information Regarding Subject (e.g. Friends, Relatives, Phone Numbers, Additional Addresses)**
Suspect would remove store merchandise from the Apple Store which is located at 2655 Richmond Avenue in the confines of the 121 Precinct. Suspect has given the following names when arrested:
- Ousmane Bah
- Mamodou Barrie
- Barrie Mamdou
- Barrie Mamadu

**Additional Descriptive Information (Tattoos, Piercings, Facial Hair, Eyewear)**
Suspect was observed wearing a black "Atlanta Falcons" jacket and black pants.

**Specific Instructions For Apprehending Officers:**
Investigating officer works ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Work cellphone ▮▮▮▮▮ Office Phone ▮▮▮▮▮
▮▮▮ Ousmane Bah is the subject in Grand Larceny Pattern 6042.

### Required Computer Checks

| | | | | | |
|---|---|---|---|---|---|
| DALL Checked YES | Active Warrant YES | Notified TaxId 936692 | Name SALVATOR GRANATA | Rank DT3 | Cmd 580-WARRANT SECTION |
| EJustice Checked YES | Active Warrant YES | Notified TaxId 933240 | Name JOHN REINHOLD | Rank DT3 | Cmd 209-DB GRAND LARCENY SQUAD |
| NYSID Checked YES | Multiple Active NYSIDs NO | Notified TaxId 933240 | Name JOHN REINHOLD | Rank DT3 | Cmd 209-DB GRAND LARCENY SQUAD |
| CRIMS Checked YES | Scheduled Court Date NO | Date of Next Court Appearance | Court Location | Court Part | Notified TaxId 933240 / Name JOHN REINHOLD / Rank DT3 / Cmd 209-DB GRAND LARCENY SQUAD |

**Command Phone Number**
212-760-5236

| Reporting Officer: | Rank DT3 | Name JOHN REINHOLD | | Tax Reg. No. 933240 | Command 209-GRAND LARCENY DIVISION |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing - | Date Reviewed 11/13/2018 | Date of Next Review | Name MICHAEL WALSH | Supv. Tax No. 914038 |