|  | **CHIEF OF DETECTIVES MEMO** |  |
|---|---|---|
| **NUMBER:** 3 | **DATE:** | **March 27, 2012** |

Subject:   REAL TIME CRIME CENTER FACIAL IDENTIFICATION SECTION (FIS) NOTIFICATIONS

<u>FIS Possible Match</u> – Real Time Crime Center Facial Identification Section (FIS) analyst determines that Subject is <u>**POSSIBLY**</u> the suspect whose image is depicted in the video and / or photograph regarding a crime. A FIS Possible Match does <u>**NOT**</u> constitute a positive identification and does <u>**NOT**</u> establish probable cause to arrest the Subject. Additional investigative steps <u>**MUST**</u> be performed in order to establish probable cause to arrest the Subject.

<u>Subject</u> – Person identified by FIS as <u>**POSSIBLY**</u> being the suspect whose image is depicted in the video and / or photograph regarding a crime.

Upon receipt of a "FIS Notification" DD5, comply with following procedure:

<u>**Assigned Investigator**</u>
1. Review and assess information contained in "FIS Notification" DD5.
2. If there is a "FIS Possible Match," immediately conduct a thorough investigation regarding information contained in "FIS Notification" DD5 and any other relevant information.
3. No later than thirty (30) days after receiving "FIS Notification" DD5, complete the associated "FIS Notification Result" DD5 in the Enterprise Case Management System (ECMS) and select one (1) of the following "Investigative Results":
    a. Arrest (Final Result)
        i. Subject arrested as result of FIS Match notification
            1. Decline Prosecution (Yes / No)
        ii. Subject arrested prior to FIS Match notification
            1. Decline Prosecution (Yes / No)
    b. No Arrest - Probable Cause Not Established (Final Result)
    c. Misidentification by FIS (Final Result)
    d. Image Not Suitable for FIS Comparison (Final Result)
    e. Image Suitable for FIS Comparison But No Subject Identified (Final Result)
    f. No Crime Committed (Final Result)
    g. Subject Deceased (Final Result)
    h. Investigation Ongoing (<u>Interim</u> Result)
    i. Other (Final Result)

NYPD                                                     GeorgetownCPT   017349   FRT

> **NOTE:** Appendix contains detailed explanation regarding each "Investigative Result".

4. Scan or fax hard copy or upload electronic copy of all relevant Miscellaneous Items into ECMS case file as an attachment to "FIS Notification Result" DD5.
5. Promptly forward completed "FIS Notification Result" DD5 to Detective Squad / Unit supervisor for approval.

### Detective Squad / Unit Supervisor
6. Review and, if appropriate, approve "FIS Notification Result" DD5.
7. Promptly forward approved "FIS Notification Result" DD5 to Zone Commanding Officer / Detective Bureau Captain for approval if the "Investigative Result" selected by assigned investigator is:
   a. No Arrest - Probable Cause Not Established (Final Result); or,
   b. Misidentification by FIS (Final Result); or,
   c. Investigation Ongoing (Interim Result); or,
   d. Other (Final Result).

### Zone Commanding Officer / Detective Bureau Captain
8. Review and, if appropriate, approve "FIS Notification Result" DD5 if the "Investigative Result" selected by assigned investigator is:
   a. No Arrest - Probable Cause Not Established (Final Result); or,
   b. Misidentification by FIS (Final Result); or,
   c. Investigation Ongoing (Interim Result); or,
   d. Other (Final Result).

For your information and compliance.

Phil T. Pulaski
Chief of Detectives

## APPENDIX

**ARREST (Final Result)**
  a. Subject positively identified as perpetrator and arrested based upon probable cause as a result of investigative lead produced by "FIS Possible Match." Subject was not a suspect prior to "FIS Notification" DD5 being received.
      i. **DECLINE PROSECUTION** – if District Attorney declines prosecution, record title and full name of ADA that declined prosecution. Provide reason for decline prosecution.
  b. Subject positively identified as perpetrator and arrested based upon probable cause prior to "FIS Notification" DD5 being received.
      i. **DECLINE PROSECUTION** – if District Attorney declines prosecution, record title and full name of ADA that declined prosecution. Provide reason for decline prosecution.
          1. If District Attorney **subsequently** declines prosecution after "FIS Notification" DD5 incriminates Subject, record title and full name of ADA that declined prosecution. Provide reason for decline prosecution.

**NO ARREST - PROBABLE CAUSE NOT ESTABLISHED (Final Result)** – Subject was properly identified by FIS as being suspect whose image is depicted in the video and / or photograph regarding a crime. However, thorough investigation regarding "FIS Possible Match" was completed and probable cause to arrest Subject was not established.
  a. Provide detailed explanation in "Details" caption regarding why probable cause to arrest can not be established.
  b. In addition to Detective Supervisor, Zone Commanding Officer / Detective Bureau Captain **must sign-off and approve** "FIS Notification Result" DD5 when "NO ARREST - PROBABLE CAUSE NOT ESTABLISHED" is selected.

**MISIDENTIFICATION BY FIS (Final Result)** - Subject **misidentified** by FIS as being suspect whose image is depicted in the video and / or photograph regarding a crime.
  a. In addition to Detective Supervisor, Zone Commanding Officer / Detective Bureau Captain **must sign-off and approve** "FIS Notification Result" DD5 when "MISIDENTIFICATION BY FIS" is selected.

**IMAGE NOT SUITABLE FOR FIS COMPARISON (Final Result)** – Investigator receives "Image Rejection" Report from FIS.

**IMAGE SUITABLE FOR FIS COMPARISON BUT NO SUBJECT IDENTIFIED (Final Result)** – Investigator receives "No Match" Report from FIS.

**NO CRIME COMMITTED (Final Result)** – Investigation reveals that no crime was committed.
  a. Provide detailed explanation in the "Details" caption regarding why no crime was committed.

**SUBJECT DECEASED (Final Result)** – If available, provide Medical Examiner case number.

**INVESTIGATION ONGOING (Interim Result)** – If thirty (30) calendar days after receiving "FIS Notification" DD5, it is determined that a "final result" can not be selected because additional investigative steps must be performed, select "INVESTIGATION ONGOING".
  a. Provide detailed explanation in the "Details" caption regarding what additional investigative steps must be performed.
  b. In addition to Detective Supervisor, Zone Commanding Officer / Detective Bureau Captain **must sign-off and approve** "FIS Notification Result" DD5 when "INVESTIGATION ONGOING" is selected.

**OTHER (Final Result)**
  a. Provide detailed explanation in "Details" caption regarding reason for selecting "OTHER".
  b. In addition to Detective Supervisor, Zone Commanding Officer / Detective Bureau Captain **must sign-off and approve** "FIS Notification Result" DD5 when "OTHER" is selected.