| **FIS IMAGE REJECTED NOTIFICATION** | | **Crime/Condition**<br>GRAND LARCENY | **Command**<br>121-121ST PRECINCT<br>**Date of This Report**<br>11/11/2018 |
|---|---|---|---|

| **Date of UF61**<br>10/26/2018 | **Complaint No.**<br>2018-121-06645 | **Date Case Assigned**<br>11/08/2018 | **Case No.**<br>2018 - 361 | **Unit Reporting**<br>FACIAL IDENTIFICATION S | **Follow-Up No.**<br>18 |
|---|---|---|---|---|---|

| **Reference Pattern No**<br>2018-6042 | **Command**<br>209-DB GRAND LARCENY SQUAD | |
|---|---|---|
| **Reference Case No**<br>2018 - 361 | **Command**<br>209-DB GRAND LARCENY SQUAD | **Complaint No**<br>2018- 121- 6645 |

| **Topic/Subject**<br>(FIS IMAGE REJECTED NOTIFICATION) DUPLICATE FIS REQUEST | **Activity Date**<br>11/11/2018 | **Activity Time**<br>09:10 |
|---|---|---|

| **Details** |
|---|

| **Summary of Investigation:**<br>1. On November 11, 2018, at approximately 0910 HOURS, THE SUBMITTED IMAGE IS BEING CLASSIFIED AS A REJECTION DUE TO SUBJECT BEING IDENTIFIED IN PREVIOUS REQUEST. TWO REQUESTS / SAME SUBJECT. A POSSIBLE MATCH REPORT HAS BEEN SUBMITTED IN THIS CASE FOR OUSMANE BAH | NYSID# ███████ |
|---|

| **ATTACHMENTS** |
|---|

| **Reporting Officer:** | **Rank**<br>DT3 | **Name**<br>MICHAEL FURIA | | **Tax Reg. No.**<br>936627 | **Command**<br>512-REAL TIME CRIME CENTER |
|---|---|---|---|---|---|
| **Reviewing Supervisor:** | **Manner of Closing**<br>- | **Date Reviewed**<br>11/12/2018 | **Date of Next Review** | **Name**<br>EDWIN COELLO | **Supv. Tax No.**<br>928091 |