UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OUSMANE BAH, | Docket No.: 1:19-cv-03539-PKC |
| Plaintiff, | |
| -against- | DECLARATION IN SUPPORT OF OMINIBUS OPPOSITION MEMORANDUM TO CITY DEFENDANTS' MOTION TO DISMISS |
| APPLE INC., et al. | |
| Defendants. | |

_____/

**Subhan Tariq**, an attorney duly admitted to practice in the Southern District of New York, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am an attorney-at-law licensed to practice in the United States District Court for the Southern District of New York. I am the managing attorney at The Tariq Law Firm, PLLC, attorney for Plaintiff, Ousmane Bah in the above-captioned case. In that capacity, I have knowledge of the facts stated herein.

2. This declaration is submitted in support of the above-mentioned Plaintiff's Omnibus Opposition Memorandum to City Defendants' Motion to Dismiss. I am familiar with the facts and circumstances stated herein based upon personal knowledge and review of the file in this matter.

3. Attached as Exhibit "A" is a true and accurate copy of Declaration of Tom Stevens.

4. Attached as Exhibit "B" is a true and accurate copy of Plaintiff's Temporary New York State Learner's Permit.

5. Attached as Exhibit "C" is a true and accurate copy of Criminal Complaint by Police Officer Christop Latty, Shield #27232, dated July 18, 2018.

6. Attached as Exhibit "D" is a true and accurate copy of Mamadou Barrie's Arrest Report, dated July 17, 2018.

7. Attached as Exhibit "E" is a true and accurate copy of Mamadou Barrie's Arrest Report, dated September 6, 2018.

8. Attached as Exhibit "F" is a true and accurate copy of Defendant Detective Reinhold's FIS Request report, dated November 8, 2018.

9. Attached as Exhibit "G" is a true and accurate copy of Chief of Detectives Memo, regarding Real Time Crime Center Facial Identification Section (FIS) Notifications, dated March 27, 2012.

10. Attached as Exhibit "H" is a true and accurate copy of Defendant Detective Reinhold's Investigation Card report, dated November 9, 2018.

11. Attached as Exhibit "I" is a true and accurate copy of Defendant Detective Reinhold's Preparation of Photo Array (Barrie) report, dated November 10, 2018.

12. Attached as Exhibit "J" is a true and accurate copy of Defendant Detective Reinhold's Photo Array, dated November 13, 2018.

13. Attached as Exhibit "K" is a true and accurate copy of FIS Image Rejected Notification report, dated November 11, 2018.

14. Attached as Exhibit "L" is a true and accurate copy of New York City Procedure No. 507-01, dated December 9, 2013.

15. Attached as Exhibit "M" is a true and accurate copy of Defendant Detective Reinhold's Arrest Card report, dated November 13, 2018.

16. Attached as Exhibit "N" is a true and accurate copy of "Garbage In, Garbage Out: Facial Recognition on Flawed Data" by Clare Garvie, dated May 16, 2019.

Dated: April 22, 2021

Respectfully submitted,

_____
Subhan Tariq, Esq.
Attorney I.D.# ST9597
The Tariq Law Firm, PLLC
**Attorney for Plaintiff**
34-18 Northern Blvd – Suite 2-25
Long Island City, NY 11101
Telephone: (718) 674-1245
Facsimile: (516) 453-0490
Email: subhan@tariqlaw.com