UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
Ousmane Bah,

                Plaintiff(s),

     v.                                           19 Civ. 3539 (PKC) (BCM)

Apple Inc., et al.,                                  ORDER OF REFERENCE
                                                           TO A MAGISTRATE JUDGE

                Defendant(s).
-------------------------------------------------------------------

    The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__ General Pretrial Supervision (includes scheduling, discovery, non-dispositive pretrial motions, and settlement but excludes any motion to amend the pleadings following the district judge's ruling on a dispositive motion)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

__ Specific Discovery Dispute:_____

__ To hear and report on motion
    [ ] dispositive    [ ] non-dispositive
__ To hear and report on habeas corpus petition
__ To hear and report on Social Security appeal

__ Discovery disputes when the district judge is unavailable.

__ Dispositive motion (i.e., motion requiring a Report and Recommendation)

__X__ Settlement*

Particular motion:_____

__ Inquest on Damages

All such motions: ____

===============================================================
* Do not check if already referred for General Pretrial Supervision which includes settlement.

    SO ORDERED.

                                                           P. Kevin Castel
                                               United States District Judge

DATED:    New York, New York
                September 8, 2021